IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARCUS HARRIS,<br><br>Petitioner,<br><br>v.<br><br>DARREL ADAMS, Warden, et al.,<br><br>Respondents. | CIV S-05-0242 GEB JFM P<br><br>**ORDER** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED that:

1. Respondents' second request for extension of time is granted; and

2. Respondents' response to Petitioner's Petition for Writ of Habeas corpus be filed on or before May 28, 2005.

DATED: May 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/harr0242.ext2