IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL MARCUS HARRIS,

    Petitioner,                    2:05-cv-0242-GEB-JFM-HC

    vs.

DARREL ADAMS, Warden, et al.,

    Respondents.               <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 24, 2009 denial of his application for a writ of habeas corpus together with a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1

1  For the reasons set forth in the magistrate judge's August 25, 2009 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 26, 2009 motion for a certificate of appealability is denied; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

Dated:  October 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge